NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JANIE YOUNG,**

*Petitioner*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**

*Respondent*

---

2025-1974

---

Petition for review of the Merit Systems Protection Board in No. DE-1221-18-0335-A-1.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

February 17, 2026
Date

**ISSUED AS A MANDATE:** February 17, 2026